

ZACHARY TYSON-262251
NOVA LAW GROUP
800 West El Camino Real, Suite 180
Mountain View, CA 94040
Phone: (650)-265-4045
zacharytyson@novalawgroup.com
www.novalawgroup.com

Attorney for Creditor Hilda Llorens

The following constitutes
the order of the court. Signed July 14, 2014

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | ) Case No. 11-60535 CN |
| Dodie Brooks Gaines, | ) Adv. Proc. No. 12-05091 CN |
| Debtor. | ) Chapter 7 |
| Hilda Llorens, | ) **JUDGMENT DENYING THE BANKRUPTCY DISCHARGE OF DEFENDANT DODIE BROOKS GAINES UNDER 11 U.S.C. §727(a)(4)(A).** |
| Plaintiff, | ) |
| v. | ) |
| Dodie Brooks Gaines, | ) |
| Defendant. | ) |
| | ) Judge: Honorable Charles Novack |

## JUDGMENT DENYING THE BANKRUPTCY DISCHARGE OF DEFENDANT DODIE BROOKS GAINES UNDER 11 U.S.C. §727(a)(4)(A)

On April 2, 3, 4, 11, and 14, 2014, the court conducted a trial in the above-captioned adversary proceeding. All appearances were made on the record. After due consideration of all evidence in this case, the court issued its "Memorandum Decision on Denial of Discharge Claim" ("Memorandum Decision") on July 3, 2014, representing the court's factual findings and conclusions of law. For the reasons stated in the Memorandum Decision, the court finds that

Defendant shall be denied a discharge in this bankruptcy case, and judgment is hereby granted in favor of Plaintiff with regard to her 11 U.S.C. §727(a)(4)(A) claim. All other claims made by Plaintiff against Defendant are resolved in favor of Defendant in the manner stated in the Memorandum Decision. Accordingly, and for the reasons stated in the court's Memorandum Decision,

**IT IS HEREBY ADJUDGED THAT:**

(1) Defendant Dodie Brooks Gaines shall be denied a discharge in this bankruptcy case for violation of 11 U.S.C. §727(a)(4)(A).

(2) Judgment is entered in favor of Plaintiff.

|   |   |   |
|---|---|---|
| 1 | <u>APPROVED AS TO FORM:</u> | |
| 2 | | |
| 3 | | |
| 4 | Date: 7/14/2014 | <u>/s/ Benjamin Levinson</u><br>Benjamin Levinson, esq. |
| 5 | | |
| 6 | | Counsel for Defendant Gaines |
```
 1                          APPROVED AS TO FORM:
 2
 3
 4   Date: 7/14/2014                    /s/ Benjamin Levinson
                                        Benjamin Levinson, esq.
 5
 6                                      Counsel for Defendant Gaines
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

JUDGMENT DENYING THE BANKRUPTCY DISCHARGE OF DEFENDANT DODIE BROOKS GAINES UNDER 11 U.S.C. §727(a)(4)(A)

3

| | |
|---|---|
| 1 | <u>COURT SERVICE LIST</u> |
| 2 | ***None; all parties are either ECF registered participants or are not entitled to service.*** |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

JUDGMENT DENYING THE BANKRUPTCY DISCHARGE OF DEFENDANT DODIE BROOKS GAINES UNDER 11 U.S.C. §727(a)(4)(A)

4