Entered on Docket
September 17, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed September 17, 2014

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DODIE BROOKS GAINES,<br><br>    Debtor. | Case No. 11-60535 CN<br><br>Chapter 7 |
| HILDA LLORENS,<br><br>    Plaintiff,<br><br>vs.<br><br>DODIE BROOKS GAINES,<br><br>    Defendant. | Adversary No. 12-5091<br><br>**AMENDED JUDGMENT ON CLAIMS FOR DENIAL OF DISCHARGE UNDER 11 U.S.C. §727(a)(4)** |

On April 2, 3, 4, 11, and 14, 2014, this court conducted a trial in the above adversary proceeding, and on July 14, 2014, this court entered a judgment (the "Judgment") denying Gaines his chapter 7 discharge under Bankruptcy Code §727(a)(4). On July 28, 2014, Gaines filed a motion for reconsideration (the "Motion") under Fed. R. Bankr. P. 9023 which this court granted on August 29, 2014. Accordingly, and for the reasons stated at the hearing on the Motion,

**IT IS HEREBY ADJUDGED THAT** judgment is entered in favor of Gaines on all claims for relief.

\* \* \* END OF ORDER \* \* \*

1

**COURT SERVICE LIST**

Recipients are ECF participants